JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Oana D. Ladar and Florin O. Ladar (wife & husband)

## DEFENDANTS

Nationwide Mutual Insurance COmpany, Nationwide Mutual Fire Insurance Company, Nationwide Property and Casualty Insurance Company, Nationwide General Insurance Company and Nationwide In

**(b)** County of Residence of First Listed Plaintiff   **Philadelphia**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   **Franklin**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Marc S. Rosenberg, Esquire, 401 City Avenue, Suite 122, Bala Cynwyd, PA 19004, 610-667-3660

Attorneys *(If Known)*
Pamela A, Carlos, Esquire, 1601 Market Street, 16th Floor, Philadelphia, PA 19103 (215) 665-3315

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1  U.S. Government Plaintiff
- ❏ 3  Federal Question *(U.S. Government Not a Party)*
- ❏ 2  U.S. Government Defendant
- ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT

- ☒ 110 Insurance
- ❏ 120 Marine
- ❏ 130 Miller Act
- ❏ 140 Negotiable Instrument
- ❏ 150 Recovery of Overpayment & Enforcement of Judgment
- ❏ 151 Medicare Act
- ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ❏ 153 Recovery of Overpayment of Veteran's Benefits
- ❏ 160 Stockholders' Suits
- ❏ 190 Other Contract
- ❏ 195 Contract Product Liability
- ❏ 196 Franchise

### REAL PROPERTY

- ❏ 210 Land Condemnation
- ❏ 220 Foreclosure
- ❏ 230 Rent Lease & Ejectment
- ❏ 240 Torts to Land
- ❏ 245 Tort Product Liability
- ❏ 290 All Other Real Property

### TORTS

**PERSONAL INJURY**
- ❏ 310 Airplane
- ❏ 315 Airplane Product Liability
- ❏ 320 Assault, Libel & Slander
- ❏ 330 Federal Employers' Liability
- ❏ 340 Marine
- ❏ 345 Marine Product Liability
- ❏ 350 Motor Vehicle
- ❏ 355 Motor Vehicle Product Liability
- ❏ 360 Other Personal Injury
- ❏ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ❏ 365 Personal Injury - Product Liability
- ❏ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ❏ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ❏ 370 Other Fraud
- ❏ 371 Truth in Lending
- ❏ 380 Other Personal Property Damage
- ❏ 385 Property Damage Product Liability

### CIVIL RIGHTS

- ❏ 440 Other Civil Rights
- ❏ 441 Voting
- ❏ 442 Employment
- ❏ 443 Housing/ Accommodations
- ❏ 445 Amer. w/Disabilities - Employment
- ❏ 446 Amer. w/Disabilities - Other
- ❏ 448 Education

### PRISONER PETITIONS

**Habeas Corpus:**
- ❏ 463 Alien Detainee
- ❏ 510 Motions to Vacate Sentence
- ❏ 530 General
- ❏ 535 Death Penalty
**Other:**
- ❏ 540 Mandamus & Other
- ❏ 550 Civil Rights
- ❏ 555 Prison Condition
- ❏ 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY

- ❏ 625 Drug Related Seizure of Property 21 USC 881
- ❏ 690 Other

### LABOR

- ❏ 710 Fair Labor Standards Act
- ❏ 720 Labor/Management Relations
- ❏ 740 Railway Labor Act
- ❏ 751 Family and Medical Leave Act
- ❏ 790 Other Labor Litigation
- ❏ 791 Employee Retirement Income Security Act

### IMMIGRATION

- ❏ 462 Naturalization Application
- ❏ 465 Other Immigration Actions

### BANKRUPTCY

- ❏ 422 Appeal 28 USC 158
- ❏ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS

- ❏ 820 Copyrights
- ❏ 830 Patent
- ❏ 835 Patent - Abbreviated New Drug Application
- ❏ 840 Trademark

### SOCIAL SECURITY

- ❏ 861 HIA (1395ff)
- ❏ 862 Black Lung (923)
- ❏ 863 DIWC/DIWW (405(g))
- ❏ 864 SSID Title XVI
- ❏ 865 RSI (405(g))

### FEDERAL TAX SUITS

- ❏ 870 Taxes (U.S. Plaintiff or Defendant)
- ❏ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES

- ❏ 375 False Claims Act
- ❏ 376 Qui Tam (31 USC 3729(a))
- ❏ 400 State Reapportionment
- ❏ 410 Antitrust
- ❏ 430 Banks and Banking
- ❏ 450 Commerce
- ❏ 460 Deportation
- ❏ 470 Racketeer Influenced and Corrupt Organizations
- ❏ 480 Consumer Credit
- ❏ 490 Cable/Sat TV
- ❏ 850 Securities/Commodities/ Exchange
- ❏ 890 Other Statutory Actions
- ❏ 891 Agricultural Acts
- ❏ 893 Environmental Matters
- ❏ 895 Freedom of Information Act
- ❏ 896 Arbitration
- ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ❏ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ❏ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ❏ 3 Remanded from Appellate Court
- ❏ 4 Reinstated or Reopened
- ❏ 5 Transferred from Another District *(specify)*
- ❏ 6 Multidistrict Litigation - Transfer
- ❏ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC Section 1332
Brief description of cause:
Underinsured motorist claim

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND:   ❏ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE   06/27/2019

SIGNATURE OF ATTORNEY OF RECORD   *[signature]*

### FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____ 909 Kings Arms Drive, Downingtown, PA 19335

Address of Defendant: _____ One Nationwide Plaza, Columbus, Ohio 43215

Place of Accident, Incident or Transaction: _____ SR 30 On Ramp in Caln Township, Chester County

---

**RELATED CASE, IF ANY:**

Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐   No ☐

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 6/27/19        _____        S6396
                    *Attorney-at-Law / Pro Se Plaintiff*        *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

**A.   Federal Question Cases:**

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Patent
- ☐ 6. Labor-Management Relations
- ☐ 7. Civil Rights
- ☐ 8. Habeas Corpus
- ☐ 9. Securities Act(s) Cases
- ☐ 10. Social Security Review Cases
- ☐ 11. All other Federal Question Cases
     *(Please specify):* _____

**B.   Diversity Jurisdiction Cases:**

- ☑ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury *(Please specify):* _____
- ☐ 7. Products Liability
- ☐ 8. Products Liability – Asbestos
- ☐ 9. All other Diversity Cases
     *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: _____        _____        _____
                    *Attorney-at-Law / Pro Se Plaintiff*        *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5 2018)*

**APPENDIX I**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### CASE MANAGEMENT TRACK DESIGNATION FORM

| | |
|---|---|
| OANA D. LADAR AND FLORIN O. LADAR (wife & husband) | : : : |
| v. | : : CIVIL ACTION NO. |
| NATIONWIDE MUTUAL INSURANCE COMPANY, NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY, NATIONWIDE GENERAL INSURANCE COMPANY AND NATIONWIDE INSURANCE COMPANY OF AMERICA | : : : : : : : : |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants.   (See § 1:03 of the plan set forth on the reverse side of this form.)   In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a)   Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255.                          ( )

(b)   Social Security – Cases requesting review of a decision of the Secretary of Health
and Human Services denying plaintiff Social Security Benefits                                      ( )

(c)   Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d)   Asbestos – Cases involving claims for personal injury or property damage from
exposure to asbestos.                                                                                           ( )

(e)   Special Management – Cases that do not fall into tracks (a) through (d) that are
commonly referred to as complex and that need special or intense management by
the court.   (See reverse side of this form for a detailed explanation of special
management cases.)                                                                                              ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.        ( X )

__6/27/2019__
**Date**

_Pamela A. Carlos_

**Pamela A. Carlos, Esquire**
**Attorney for Defendant, Nationwide Mutual**
**Insurance Company et al.**

| __(215) 561-4300__ | __(215) 561-6661__ | carlos@bbs-law.com |
|---|---|---|
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OANA D. LADAR AND FLORIN O. LADAR (wife & husband) | : | |
| | : | |
| v. | : | NO: |
| | : | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY, NATIONWIDE GENERAL INSURANCE COMPANY AND NATIONWIDE INSURANCE COMPANY OF AMERICA | : | |

## NOTICE OF REMOVAL

AND NOW, come the defendant, Nationwide Mutual Insurance Company, Nationwide Mutual Fire Insurance Company, Nationwide Property and Casualty Insurance Company, Nationwide General Insurance Company and Nationwide Insurance Company of America [hereinafter 'Defendant'], for the purpose only of filing a notice of removal of this case to the United States District Court for the Eastern District of Pennsylvania and respectfully avers as follows:

1.      This is a civil action which was filed in the Court of Common Pleas of Chester County, No. 2019-04902-TT.

2.      The action was initiated by the filing of a complaint on May 21, 2019 and served via certified mail on Nationwide on May 28, 2019.  A copy of the complaint is attached hereto as Exhibit "A."

3.      The averments made herein are true and correct with respect to the date and time upon which suit was commenced and the date upon which this notice is being filed.

4      Plaintiffs are citizens of the Commonwealth of Pennsylvania.

2

5.       Defendant is now, and was at the time plaintiffs filed their complaint, a corporation organized under the laws of the State of Ohio and with its principal place of business at One Nationwide Plaza in Columbus, Ohio.

6.       As defendant is a citizen of Ohio and plaintiffs are citizens of Pennsylvania, complete diversity existed between the parties both at the time of the filing of the complaint and at the time of the filing of this notice of removal.

7.       Defendant, Nationwide, has simultaneously with the filing of this notice, given written notice to the plaintiffs.

8.       Defendant seeks to remove this matter to the United States District Court for the Eastern District of Pennsylvania. Defendant asserts that the amount in controversy in this matter exceeds $75,000. As the moving party, defendant bears the burden of proving that jurisdiction is proper in federal court. Russ vs. State Farm Mut. Auto. Ins. Co., 961 F.Supp. 808, 810 (E.D. Pa. 1997).

9.       In determining whether the jurisdiction amount has been satisfied, the Court must first look at the Complaint. Angus vs. Shiley, Inc., 989 F.2d 142, 145 (3rd Circ. 1993).

10.       The underlying lawsuit as alleged in the Complaint arises out of allegations that Nationwide breached the insurance contract by failing to adequately pay plaintiffs' underinsured motorist benefits for injuries sustained in an accident that occurred on June 29, 2016. See Exhibit "A".

11.       There is no specific assertion as to the amount in controversy set forth in plaintiffs' complaint. However, plaintiffs generally aver that the policy with Nationwide provided

3

underinsured motorist coverages in the amount of $100,000 per person and there are two plaintiffs in the instant lawsuit. <u>See</u> Exhibit "A".

12.     Moreover, plaintiffs generally aver damages in their Wherefore clauses that are in excess of $50,000. <u>See</u> Exhibit "A".

13.     In addition, as the Complaint is currently written, it appears that plaintiffs are also asserting a claim for bad faith as plaintiffs aver that Nationwide failed to handle their claims in good faith. <u>See</u> Exhibit "A", ¶28.

14.     With reference to a bad faith claim pursuant to 42 Pa. C.S.A.§8371, plaintiffs could be seeking attorney's fees.  Attorney's fees must also be included in determining the amount in controversy.  <u>Neff vs. General Motors Corp.</u>, 163 F.R.D. 478, 482 (E.D. Pa. 1995). It would not be unreasonable to expect that over the course of an approximate six month litigation, counsel could incur costs and fees in an amount approaching $15,000.

15.     In addition, it is anticipated that if plaintiffs are making a claim for bad faith, plaintiffs will also seek punitive damages pursuant to 42 Pa. C.S.A. §8371.  Whether both actual and punitive damages are recoverable, punitive damages are properly considered in determining whether the jurisdictional amount has been satisfied. <u>Bell vs. Preferred Life Assurance Soc'y</u>, 320 U.S. 238, 240, 88 L. Ed. 15, 64 S. Ct. 5 (1943).  The contractual amount in controversy alleged in the Complaint is in excess of $50,000 based on the allegations in the Complaint, coupled with estimated reasonable attorneys' fees, and if plaintiffs are able to sustain a finding of bad faith, although the propriety of same is disputed by moving defendant, it is not unreasonable to expect that a punitive damage award five or six times the amount in controversy could be rendered by the trier of fact.

4

WHEREFORE, defendant, Nationwide Property and Casualty Insurance Company, hereby removes this suit to this Honorable Court pursuant to the laws of the United States in such cases made and provided.

By: _____
**PAMELA A. CARLOS, ESQUIRE**
**LILY K. HUFFMAN, ESQUIRE**
**Attorney for Defendant**
**BENNETT, BRICKLIN & SALTZBURG LLC**
**1601 Market Street, 16th Floor**
**Philadelphia, PA 19103**
**carlos@bbs-law.com**
**(215)665-3315**
**huffman@bbs-law.com**
**(215) 665-3353**

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OANA D. LADAR AND FLORIN O. LADAR<br>(wife & husband) | :<br>:<br>: |
| v. | :<br>: |
| | : NO. |
| NATIONWIDE MUTUAL INSURANCE<br>COMPANY, NATIONWIDE MUTUAL FIRE<br>INSURANCE COMPANY, NATIONWIDE<br>PROPERTY AND CASUALTY INSURANCE<br>COMPANY, NATIONWIDE GENERAL<br>INSURANCE COMPANY AND<br>NATIONWIDE INSURANCE COMPANY<br>OF AMERICA | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **NOTICE**

**TO:**   Marc S. Rosenberg, Esquire
401 City Avenue, Suite 122
Bala Cynwyd, PA 19004

PLEASE TAKE NOTICE that defendant, Nationwide Mutual Insurance Company, Nationwide Mutual Fire Insurance Company, Nationwide Property and Casualty Insurance Company, Nationwide General Insurance Company and Nationwide Insurance Company of America, has filed in this Court a verified Notice for Removal of the State Court action, <u>Oana D. Ladar and Florin O. Ladar vs. Nationwide Mutual Insurance Company, Nationwide Mutual Fire Insurance Company, Nationwide Property and Casualty Insurance Company, Nationwide General Insurance Company and Nationwide Insurance Company of America</u>, now pending in the Court of Common Pleas of Chester County, Pennsylvania, No. 2019-04902-TT.

PLEASE TAKE FURTHER NOTICE that a certified copy of the Notice of Removal will be filed with the Prothonotary of the Court of Common Pleas of Chester County, Pennsylvania.

PLEASE BE ADVISED that by virtue of 28 U.S.C. §1446(f), the State action is now removed to this Court. The State Court has no further jurisdiction over this action and you should proceed no further in that Court or under its authority.

BY: _____
**PAMELA A. CARLOS, ESQUIRE**
**LILY K. HUFFMAN, ESQUIRE**
**Attorneys for Defendant**
**BENNETT, BRICKLIN & SALTZBURG LLC**
**1601 Market Street, 16th Floor**
**Philadelphia, PA 19103**
**carlos@bbs-law.com**
**(215) 665-3315**
**huffman@bbs-law.com**
**(215) 665-3353**

**DATE:** 6/27/19

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

OANA D. LADAR AND FLORIN O. LADAR    :
(wife & husband)    :
   :
   :
          v.    :    No.
   :
NATIONWIDE MUTUAL INSURANCE    :
COMPANY, NATIONWIDE MUTUAL FIRE    :
INSURANCE COMPANY, NATIONWIDE    :
PROPERTY AND CASUALTY INSURANCE    :
COMPANY, NATIONWIDE GENERAL    :
INSURANCE COMPANY AND    :
NATIONWIDE INSURANCE COMPANY    :
OF AMERICA    :

## DEFENDANT'S CERTIFICATION OF FILING OF
## COPY OF NOTICE OF REMOVAL WITH STATE COURT

       Pamela A. Carlos, Esquire, being duly sworn according to law, deposes and says that she

is a member with the law firm of Bennett, Bricklin & Saltzburg LLC, attorneys for defendant,

Nationwide Mutual Insurance Company, Nationwide Mutual Fire Insurance Company,

Nationwide Property and Casualty Insurance Company, Nationwide General Insurance Company

and Nationwide Insurance Company of America.

       That she did direct the filing with the Prothonotary of the Court of Common Pleas of

Chester County a copy of the Notice of Removal, attached hereto, said filing to be made on

June 27, 2019.

                   **BY:** _____

                     **PAMELA A. CARLOS, ESQUIRE**
                     **Attorney for defendant**
                     **BENNETT, BRICKLIN & SALTZBURG LLC**
                     **1601 Market Street, 16th Floor**
                     **Philadelphia, PA 19103**
                     **Carlos@bbs-law.com**
                     **(215) 665-3315**

Sworn to and subscribed
before me this **27th** day
of June, **2019**.

_____
NOTARY PUBLIC

Commonwealth of Pennsylvania – Notary Seal
JUDITH MARTINEZ – Notary Public
Philadelphia County
My Commission Expires Oct 18, 2021
Commission Number 1276782

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OANA D. LADAR AND FLORIN O. LADAR (wife & husband) | : : : | |
| v. | : : | No. |
| NATIONWIDE MUTUAL INSURANCE COMPANY, NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY, NATIONWIDE GENERAL INSURANCE COMPANY AND NATIONWIDE INSURANCE COMPANY OF AMERICA | : : : : : : : : | |

## CERTIFICATE OF SERVICE

Pamela A. Carlos, Esquire, being duly sworn according to law, deposes and says that she is an attorney with the law firm of Bennett, Bricklin & Saltzburg LLC, attorneys for defendant, Nationwide Mutual Insurance Company, Nationwide Mutual Fire Insurance Company, Nationwide Property and Casualty Insurance Company, Nationwide General Insurance Company and Nationwide Insurance Company of America and that she certifies that a true and correct copy of this Removal Petition was filed electronically and is available for viewing and downloading from the Electronic Case filing system which constitutes service upon the following counsel of record:

Marc S. Rosenberg, Esquire
401 City Avenue, Suite 122
Bala Cynwyd, PA 19004

BY: _____
**PAMELA A. CARLOS, ESQUIRE**
**Attorney for Defendant**
**BENNETT, BRICKLIN & SALTZBURG LLC**
**1601 Market Street, 16th Floor**
**Philadelphia, PA 19103**
**(215) 665-3353**

**Sworn to and subscribed**
**before me this 27th day**
**of June, 2019**

_____
**NOTARY PUBLIC**

Commonwealth of Pennsylvania - Notary Seal
JUDITH MARTINEZ - Notary Public
Philadelphia County
My Commission Expires Oct 18, 2021
Commission Number 1278782

## AFFIDAVIT

I, Pamela A. Carlos, Esquire, being duly sworn according to law, do hereby depose and state that I am the attorney for Defendant, Nationwide Mutual Insurance Company, Nationwide Mutual Fire Insurance Company, Nationwide Property and Casualty Insurance Company, Nationwide General Insurance Company and Nationwide Insurance Company of America, the Petitioner in the foregoing Notice of Removal, that I have been duly authorized by the Petitioner to execute this Affidavit, that I am familiar with the facts involved in this matter, and that the allegations set forth in the foregoing Notice of Removal are true and correct to the best of my knowledge, information and belief.


_____

**PAMELA A. CARLOS, ESQUIRE**


**DATE:**   June 27, 2019

# EXHIBIT "A"

L00246140171052819

MAMMUTH & ROSENBERG
BY: MARC S. ROSENBERG, ESQUIRE
ATTORNEY I.D. NO.: 44457
401 CITY AVENUE, SUITE 122
BALA CYNWYD, PA 19004-1122
TELEPHONE:  610-667-1500
FAX: 610-667-3660
EMAIL: Rosenberg@plaintiff.com
ATTORNEY FOR PLAINTIFFS

**THIS IS A MAJOR CASE.**
**JURY TRIAL IS DEMANDED.**

| | |
|---|---|
| OANA D. LADAR and : | CHESTER COUNTY |
| FLORIN O. LADAR  (wife & husband : | COURT OF COMMON PLEAS |
| 909 KINGS ARMS DRIVE : | |
| DOWNINGTOWN, PA 19335 : | |
| Plaintiffs : | |
| V. : | |
| NATIONWIDE MUTUAL INSURANCE : | |
| COMPANY : | |
| ONE NATIONWIDE PLAZA : | |
| COLUMBUS, OH 43215 : | |
| AND : | |
| NATIONWIDE MUTUAL FIRE : | |
| INSURANCE COMPANY : | |
| ONE NATIONWIDE PLAZA : | |
| COLUMBUS, OH 43215 : | NO.: _____ |
| AND : | |
| NATIONWIDE PROPERTY AND : | |
| CASUALTY INSURANCE COMPANY : | |
| ONE NATIONWIDE PLAZA : | |
| COLUMBUS, OH 43215 : | |
| AND : | |
| NATIONWIDE GENERAL INSURANCE : | |
| COMPANY : | |
| ONE NATIONWIDE PLAZA : | |
| COLUMBUS, OH 43215 : | |
| AND : | |
| NATIONWIDE INSURANCE COMPANY : | |
| OF AMERICA : | |
| ONE NATIONWIDE PLAZA : | |
| COLUMBUS, OH 43215 : | |
| Defendants : | |
| : | |

**NOTICE TO DEFENDANTS**

Page 1 of 2

*2019-04902-TT*

L00246140172052819

You have been sued in court.  If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth again you.  You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim, or relief requested by the plaintiff.  You may lose money or property or other rights important to you.

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.**

Chester County Bar Association
15 West Gay Street
West Chester, PA 19380
Phone (610) 692-1889

Page 2 of 2

*2019-04902-TT*

L00246140173052819

MAMMUTH & ROSENBERG
BY: MARC S. ROSENBERG, ESQUIRE
ATTORNEY I.D. NO.: 44457
401 CITY AVENUE, SUITE 122
BALA CYNWYD, PA 19004-1122
TELEPHONE: 610-667-1500
FAX: 610-667-3660
EMAIL: Rosenberg@plaintiff.com
ATTORNEY FOR PLAINTIFFS

THIS IS A MAJOR CASE.
**JURY TRIAL IS DEMANDED.**

| | |
|---|---|
| OANA D. LADAR and | : |
| FLORIN O. LADAR  (wife & husband) | : |
| 909 KINGS ARMS DRIVE | : |
| DOWNINGTOWN, PA 19335 | : |
| Plaintiffs | : |
| V. | : |
| NATIONWIDE MUTUAL INSURANCE | : |
| COMPANY | : |
| ONE NATIONWIDE PLAZA | : |
| COLUMBUS, OH 43215 | : |
| AND | : |
| NATIONWIDE MUTUAL FIRE | : |
| INSURANCE COMPANY | : |
| ONE NATIONWIDE PLAZA | : |
| COLUMBUS, OH 43215 | : |
| AND | : |
| NATIONWIDE PROPERTY AND | : |
| CASUALTY INSURANCE COMPANY | : |
| ONE NATIONWIDE PLAZA | : |
| COLUMBUS, OH 43215 | : |
| AND | : |
| NATIONWIDE GENERAL INSURANCE | : |
| COMPANY | : |
| ONE NATIONWIDE PLAZA | : |
| COLUMBUS, OH 43215 | : |
| AND | : |
| NATIONWIDE INSURANCE COMPANY | : |
| OF AMERICA | : |
| ONE NATIONWIDE PLAZA | : |
| COLUMBUS, OH 43215 | : |
| Defendants | : |

CHESTER COUNTY
COURT OF COMMON PLEAS

UNDERINSURED MOTORIST CLAIM

NO.: _____

**COMPLAINT**

*2019-04902-TT*

1.    The plaintiff, Oana D. Ladar, is an adult individual who resides at the above address.

2.    The plaintiff, Florin O. Ladar, is an adult individual and the spouse of plaintiff, Oana D. Ladar, who resides with her at the above address.

3.    The defendant, Nationwide Mutual Insurance Company, is a business corporation organized and existing under the laws of the State of Ohio, which is authorized to conduct business and issue policies of insurance in the Commonwealth of Pennsylvania, which also routinely and regularly engages in business in the County of Chester, Commonwealth of Pennsylvania, with its registered headquarters location at the above address.

4.    The defendant, Nationwide Mutual Fire Insurance Company, is a business corporation organized and existing under the laws of the State of Ohio, which is authorized to conduct business and issue policies of insurance in the Commonwealth of Pennsylvania, which also  routinely and regularly engages in business in the County of Chester, Commonwealth of Pennsylvania, with its registered headquarters location at the above address.

5.    The defendant, Nationwide Property and Casualty Insurance Company, is a business corporation organized and existing under the laws of the State of Ohio, which is authorized to conduct business and issue policies of insurance in the Commonwealth of Pennsylvania, which also  routinely and regularly engages in business in the County of Chester, Commonwealth of Pennsylvania, with its registered headquarters location at the above address.

-1-

L00246140175052819

6.      The defendant, Nationwide General Insurance Company, is a business corporation organized and existing under the laws of the State of Ohio, which is authorized to conduct business and issue policies of insurance in the Commonwealth of Pennsylvania, which also routinely and regularly engages in business in the County of Chester, Commonwealth of Pennsylvania, with its registered headquarters location at the above address.

7.      The defendant, Nationwide Insurance Company of America, is a business corporation organized and existing under the laws of the State of Ohio, which is authorized to conduct business and issue policies of insurance in the Commonwealth of Pennsylvania, which also  routinely and regularly engages in business in the County of Chester, Commonwealth of Pennsylvania, with its registered headquarters location at the above address.

8.      At all material and relevant times hereto, the aforementioned defendants routinely and regularly conduct business in the County of Chester, Commonwealth of Pennsylvania.

9.      At all times material hereto, the aforementioned defendants acted or failed to act through their agents, servants, workman and/or employees all in the scope and scope of such relationships.

11.     At all times relevant hereto, the plaintiffs, Oana D. Ladar and Florin O. Ladar (wife and husband), were covered individuals and/or insured individuals pursuant to an automobile liability insurance policy issued  to  the plaintiffs, by defendants, Nationwide Mutual Insurance Company, Nationwide Mutual Fire Insurance Company, Nationwide Property and Casualty Insurance Company, Nationwide General Insurance Company and Nationwide Insurance Company Of America (herein after referred to as defendants), bearing the policy

-2-

*2019-04902-TT*

number 58 37 D 904802.  (See a true and correct copy of plaintiffs' automobile declaration page, which is attached hereto and marked as Plaintiffs' Exhibit "A".)

12.     At the time the plaintiffs purchased the policy, they elected to purchase bodily injury limits in excess of the minimum coverage required by the Commonwealth of Pennsylvania in order to protect the financial integrity of persons who may suffer bodily injury as a result of Plaintiffs' negligence while operating a motor vehicle.

13.     As a result of the plaintiffs' election of bodily injury liability limits in an amount greater than the minimum coverage required by law, they paid, and the defendants accepted, increased premium payments.

14.     At the time the plaintiffs purchased the policy, they elected to purchase underinsured motorist benefits.

15.   As a result of plaintiffs' election of underinsured motorist benefits, they paid, and the defendants accepted, increased premium payments.

16.     The aforesaid automobile liability insurance policy provides coverage for negligence of an underinsured motorist in the amount of One Hundred Thousand Dollars ($100,000.00) each person/Three Hundred Thousand Dollars ($300,000.00) each accident, with three (3) vehicles on the policy.  (See a true and correct copy of plaintiffs' automobile declaration page, which is attached hereto and marked as Plaintiffs' Exhibit "A".)

17.     The aforesaid policy was in full force and effect on June 29, 2016, at which time the plaintiffs, Oana D. Ladar, was involved in an automobile accident, causing the plaintiff, Oana D. Ladar, to sustain serious and severe personal injuries, as further described herein below.

-3-

L00246140177052819

18.    On or about June 29, 2016, at approximately 5:53p.m., the plaintiff, Oana D. Ladar,  was the owner and operator of a 2007 Acura SDX traveling on Horseshoe Pike at or near its intersection with SR 30 on ramp, in Caln Township, Chester County, Commonwealth of Pennsylvania.

19.    On the aforesaid date and time, at the aforesaid location, the plaintiff's 2007 Acura SDX  collided with a 2014 Ford F150, owned and being operated by Steven B. Irons, when Mr. Irons failed to yield the right of way while turning left, on the eastbound SR 30 ramp intersection with SR 322.  (See a true and correct copy of the Commonwealth of Pennsylvania Non-Reportable Crash Record, which is attached hereto and marked as Plaintiffs' Exhibit "B".)

20.    The torfeasor, Steven B. Irons, operated his the vehicle, in a careless, negligent and otherwise unlawful manner, when he failed to yield the right of way to the plaintiff's vehicle, thereby causing the collision.

21.    As a result of said collision, the plaintiff, Oana D. Ladar , was violently thrown about within her vehicle and was caused to suffer severe and permanent personal injuries, as herein below described.

22.    As a direct and proximate result of the negligence of the tortfeasor, Steven B. Irons, the plaintiff, Oana D. Ladar, suffered and will continue to suffer from severe and permanent injuries, including, but not limited to, disc herniation at C5-6 with impingement of the left C6 nerve root, disc bulges at C4-5 and C6-7, cervical strain and sprain, thoracic strain and sprain, lumbar strain and sprain, headaches and damage to her nerves and nervous system and various other ill and injuries; the full extent of which are not yet known.

-4-

*2019-04902-TT*

23.    As a direct and proximate result of the negligence of the tortfeasor, Steven B. Irons, the plaintiff, Oana D. Ladar, required and will continue to require medical care and treatment, surgery, physical therapy, x-rays, diagnostic testing, use of pain medications, and the use of rehabilitative services.

24.    As a direct and proximate result of the negligence of the tortfeasor, Steven B. Irons, the plaintiff, Oana D. Ladar, has incurred medical expenses and she will continue to incur medical expenses for the care and treatment of her injuries for a long and indefinite time in the future.

25.    As a direct and proximate result of the negligence of the tortfeasor,  Steven B. Irons, the plaintiff, Oana D. Ladar, has suffered a loss of earnings since the date of the accident and she may continue to suffer a loss of earnings and an impairment of her future earning capacity.

26.    As a direct and proximate result of the negligence of the tortfeasor,  Steven B. Irons, the plaintiff, Oana D. Ladar, has suffered and will continue to suffer from pain, discomfort, inconvenience, anxiety, embarrassment, the inability to engage in her usual daily activities and the deprivation of the ordinary and usual enjoyment of life and life's pleasures.

27.    At the time of the collision, the tortfeasor's vehicle was insured by Travelers Indemnity Insurance Company with bodily injury liability protection limits in the amount of One Hundred Thousand Dollars ($100,000.00).  (See a true and correct copy of the Auto Insurance Coverage Summary/Declaration Page, for the policy of insurance which Steven B. Irons had with Travelers Indemnity Insurance Company , which is attached hereto and marked as Plaintiffs' Exhibit "C".)

-5-

*2019-04902-TT*

L00246140179052819

28.     The tortfeasor's bodily injury policy limits of One Hundred Thousand Dollars ($100,000.00) are not adequate to compensate the plaintiff, Oana D. Ladar, for the injuries she sustained as a result of the subject collision.

29.     The underinsured motorist was negligent and legally responsible for causing the motor vehicle accident and the plaintiff, Oana D. Ladar's  resultant injuries, as herein below described.

30.     As a result of the aforementioned motor vehicle accident, the plaintiff, Oana D. Ladar, is entitled to underninsured motorist benefits for pain, suffering and disability as a result of the injuries she sustained.

31.     The plaintiff, Oana D. Ladar,  promptly and duly notified the defendants of the aforesaid accident.

32.     The defendants immediately assigned Claim Number: 332188-GD to this accident.

33.     On June 15, 2018, the defendants, waived its subrogation rights and granted and granted consent to settle to the plaintiffs to settle the insured third party injury claim with Travelers Insurance, who insures the tortfeasor, Steven B. Irons.  (See a true and correct copy defendants' letter of June 15, 2018, which is attached hereto and marked as Plaintiff's Exhibit "D."

34.     The defendants have in bad faith, willfully, without reasonable foundation, failed and refused to investigate, evaluate and negotiate the plaintiff, Oana D. Ladar's underinsured motorist claim, and to promptly resolve/settle her claim for an amount, which is fair and

-6-

equitable, based upon the severe and permanent personal injuries, the plaintiff suffered, as aforementioned above.

35.    The defendants have refused to proceed to underinsured motorist arbitration.

36.    For the reasons set forth above, the defendants have violated their obligations under the policy of insurance.

## COUNT I - BREACH OF CONTRACT

**PLAINTIFFS, OANA D. LADAR AND FLORIN O. LADAR (wife & husband)
V. DEFENDANTS, NATIONWIDE MUTUAL INSURANCE COMPANY
AND NATIONWIDE MUTUAL FIRE INSURANCE COMPANY AND
NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY
AND NATIONWIDE GENERAL INSURANCE COMPANY AND
NATIONWIDE INSURANCE COMPANY OF AMERICA**

37.    The plaintiffs, Oana D. Ladar and Florin O. Ladar (wife & husband), hereby incorporate by reference the averments contained in paragraphs 1 through 36 above, as the same were set forth fully herein.

38.    The plaintiffs, Oana D. Ladar and Florin O. Ladar, have fully complied with all of the terms, conditions and duties required under the policy.

39.    The defendants have failed to objectively and fairly evaluate the plaintiffs' claim.

40.    The defendants have failed to promptly offer payment of the reasonable and fair value of the plaintiffs' claim.

41.    The defendants have failed to reasonably investigate the plaintiffs' claim, inasmuch as a thorough and proper inquiry would have revealed that the plaintiff, Oana D. Ladar, sustained serious injuries, as a result of the motor vehicle accident of June 29, 2016.

-7-

*2019-04902-TT*

42.     As the insurer of the plaintiffs, the defendants owe a fiduciary contractual and statutory obligation to the plaintiffs to investigate, evaluate and negotiate the underinsured motorist claim in good faith and to arrive at a prompt, fair and equitable settlement.

43.     For the reasons set forth above, the defendants have violated their obligations under the policy of insurance.

WHEREFORE, the plaintiffs, Oana D. Ladar and Florin O. Ladar (wife & husband) respectfully request that this Honorable Court grant judgment in their favor and against the defendants, individually, jointly and severally, in an amount in excess of Fifty Thousand Dollars ($50,000.00), together with compensatory damages, punitive damages, interest, costs of suit, attorney's fees, and such other relief as this Honorable Court deems just and proper.

## COUNT II - NEGLIGENCE

**PLAINTIFFS, OANA D. LADAR AND FLORIN O. LADAR (wife & husband)
V. DEFENDANTS, NATIONWIDE MUTUAL INSURANCE COMPANY
AND NATIONWIDE MUTUAL FIRE INSURANCE COMPANY AND
NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY
AND NATIONWIDE GENERAL INSURANCE COMPANY AND
NATIONWIDE INSURANCE COMPANY OF AMERICA**

44.     The plaintiffs, Oana D. Ladar and Florin O. Ladar (wife & husband), hereby incorporate by reference the averments contained in paragraphs 1 through 43 above, as the same were set forth fully herein.

45.     At all times relevant to this Complaint, the defendants, its agents, servants, workmen and employees were acting in concert with, or as the agents, servants, workmen and employees of defendants.

-8-

*2019-04902-TT*

46.     At all times relevant to this Complaint, the plaintiffs intended and believed that any and all disputed underinsured motorist claims made under the policy would be decided by arbitration in order to effectuate a prompt, inexpensive and fair resolution of such claims.

47.     At all times relevant to this Complaint, the defendants and/or the defendants' authorized agents and/or defendants' employees, knew or should have known that the plaintiffs intended and believed that any and all disputed underinsured motorist claims would be decided by arbitration.

48.     At no time did the defendants, the defendants' authorized agents and/or the defendants' employees advise the plaintiffs of the language contained in the policy of insurance sold to them or how it would affect the resolution of a disputed underinsured motorist claim made by them under the policy.

49.     At no time did the defendants, the defendants' authorized agents and/or the defendants' employees make available to the plaintiffs for purchase automobile insurance coverage, which would have guaranteed her the right to arbitrate an underinsured motorist claim made under the policy.

50.     The defendants' actions were negligent, careless and reckless, with respect to the plaintiff in that the defendant, Allstate:

> a.     Failed to properly notify the plaintiffs that it could compel them to resolve any and all underinsured motorist claims by way of trial rather than arbitration;
>
> b.     Failed to provide the plaintiffs with underinsured motorist coverage in accordance with their expectations concerning the resolution of such claims;

-9-

c.   Failed to inform the plaintiffs that the policy required mutual agreement of the parties to resolve a disputed underinsured motorist claim by way of arbitration rather than requiring mandatory arbitration on the issue of damages in an underinsured motorist claim, when the defendants, knew or should have known that the plaintiffs would not agree or elect to resolve a disputed underinsured motorist claim by any means other than mandatory arbitration due to the increased cost and time associated with litigating the matter in court;

d.   Employed agents, servants, workmen, and employees, who failed and neglected to procure and maintain in full force and effect an automobile insurance polity with underinsured motorist coverage in accordance with the plaintiffs' expectations concerning the resolution of such claims.

e.   Recommended, referred or held out its agents, servants, workmen, and employees, to be competent insurance agents who failed and neglected to procure and maintain in full force and effect an automobile insurance policy with underinsured motorist coverage in accordance with the plaintiff's expectations concerning the resolutions of such claims, as knowledgeable and experienced experts in insurance matters;

f.   Failed to promulgate sufficient rules, regulations and policies to ensure the delivery of competent insurance services, namely obtaining and maintaining proper and adequate automobile insurance coverage, including, but not limited to underinsured motorist coverage that provided for the resolution of disputed claims by arbitration;

g.   Failed to follow prescribed rules, regulations, policies and accepted insurance industry standards and procedures concerning the resolution of underinsured motorist disputes;

h.   Failed to take an active and continuing overview of its agents, servants, workmen, and employees, who failed and neglected to procure and maintain in full force and effect an automobile insurance policy with underinsured motorist coverage in accordance with the plaintiffs' expectations concerning the resolution of such claims;

-10-

*2019-04902-TT*

i.   Staffed with unqualified personnel, namely, its agents, servants, workmen and employees, who failed and neglected to procure and maintain in full force and effect an automobile insurance policy with underinsured motorist coverage in accordance with the plaintiffs' expectations concerning the resolution of such claims;

j.   Hired, employed or promoted its agents, servants, workmen and employees, who failed and neglected to procure and maintain in full force and effect an automobile insurance policy with underinsured motorist coverage in accordance with the plaintiffs' expectations concerning the resolution of such claims;

k.   Permitted its agents, servants, workmen and employees, who failed and neglected to procure and maintain in full force and effect an automobile insurance policy with underinsured motorist coverage in accordance with the plaintiffs' expectations concerning the resolution of such claims, to continue to work as an employee, agent, servant, workmen or representative, when defendants, knew or should have known that said employee, agent, servant, workmen or representative was unable or incapable of properly performing the requirements of their respective employment;

l.   Failed to establish procedures and programs to determine whether, its agents, servants, workmen and employees, who failed and neglected to procure and maintain in full force and effect an automobile insurance policy with underinsured motorist coverage in accordance with the plaintiffs' expectations concerning the resolution of such claims, were fit and capable of properly performing the requirements of their respective employment;

m.   Permitted its agents, servants, workmen and employees, who failed and neglected to procure and maintain in full force and effect an automobile insurance policy with underinsured motorist coverage in accordance with the plaintiffs' expectations concerning the resolution of such claims, to make a sales presentation which misrepresents the benefits, conditions or terms of plaintiffs' insurance policy;

*2019-04902-TT*

n.    Failed to advise plaintiffs of important facts or policy or contract
provisions related to the coverage at issue;

o.    Failed to exercise due care under the circumstances; and

p.    Failed to comply with the laws of the Commonwealth of Pennsylvania.

51.    As a direct and proximate result of the negligence and carelessness of defendants, as described above, the plaintiffs, Oana D. Ladar and Florin O. Ladar (wife & husband), have been forced to incur and will continue to incur expenses related to the trial of this matter, including, but not limited to the cost of videotaped depositions, discovery depositions, written discovery, discovery motions, pre-trial motions and filing fees.

WHEREFORE, the plaintiffs, Oana D. Ladar and Florin O. Ladar (wife & husband) respectfully request that this Honorable Court grant judgment in their favor and against the defendants, individually, jointly and severally, in an amount in excess of Fifty Thousand Dollars ($50,000.00), together with compensatory damages, punitive damages, interest, costs of suit, attorney's fees, and such other relief as this Honorable Court deems just and proper.

## COUNT III - BAD FAITH

### PLAINTIFFS, OANA D. LADAR AND FLORIN O. LADAR (wife & husband) V. DEFENDANTS, NATIONWIDE MUTUAL INSURANCE COMPANY AND NATIONWIDE MUTUAL FIRE INSURANCE COMPANY AND NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY AND NATIONWIDE GENERAL INSURANCE COMPANY AND NATIONWIDE INSURANCE COMPANY OF AMERICA

52.    The plaintiffs, Oana D. Ladar and Florin O. Ladar (wife & husband), hereby incorporate by reference the averments contained in paragraphs 1 through 51 above, as the same were set forth fully herein.

-12-

53.     The actions of defendants in the handling of the plaintiffs' underinsured motorist claim constitute bad faith as defined under 42 Pa. C.S.A.§ 8371 as follows:

a.      Failing to objectively and fairly evaluate the plaintiffs' claim;

b.      Engaging in dilatory and abusive claims handling;

c.      Failing to adopt or implement reasonable standards in evaluating plaintiffs' claim;

d.      Acting unreasonably and unfairly in response to plaintiffs' claim;

e.      Not attempting in good faith to effectuate a fair, prompt and equitable settlement of the plaintiffs' claim in which the defendants' liability under the policy had become reasonably clear;

f.      Subordinating the interest of its insured, the plaintiffs, to its own financial monetary interest;

g.      Failing to promptly offer payment to the plaintiffs;

h.      Failing reasonably and adequately to investigate the plaintiffs' claim;

i.      Failing reasonably and adequately to review the medical documents in the defendants' possession;

j.      Violating the fiduciary duty owed to the plaintiffs;

k.      Otherwise unreasonably and unfairly withholding underinsured motorist benefits justly due and owing to the plaintiffs;

l.      Deliberately delaying the arbitration in this matter;

m.      Compelling its insured to file suit and engage in litigation when a less costly and less time consuming method of resolving a dispute between the plaintiffs and defendant exists;

n.      Deliberately and intentionally acting in such a way as to obfuscate the arbitration process which is designed to provide a prompt, efficient and effective means for the resolution of underinsured motorist claims;

o.      Compelling the plaintiffs to litigate their claim to recover amounts due under the insurance policy;

-13-

p.      Failing to make an honest, intelligent and objective settlement offer;

q.      Causing the plaintiffs to expend money on the presentation of her claim;

r.      Causing the plaintiffs to bear the stress and anxiety associated with litigation;

s.      Otherwise unreasonably and unfairly withholding underinsured motorist benefits justly due and owing to the plaintiffs.

54.     As insurer of the plaintiffs, Oana D. Ladar and Florin O. Ladar (wife & husband), the defendants owe a fiduciary contractual and statutory obligation to the plaintiffs.

55.     At all relevant times, the plaintiffs, Oana D. Ladar and Florin O. Ladar (wife & husband) fully complied with the terms and conditions of the policy and all conditions precedent and subsequent to her right to recover under the policy.

56.     For the reasons set forth above, the defendants have violated the policy of insurance, their obligations as an insurer, have failed to act toward the plaintiffs in good faith and have violated 42 Pa. C.S.A. § 8371 for which defendants are liable for compensatory and punitive damages, together with interest, attorneys' fees and such other relief as the Court deems appropriate.

57.     Defendants have engaged in wanton and reckless conduct with regard to the welfare, interest and rights of the plaintiffs, their insureds, and is liable for its bad faith conduct.

WHEREFORE, the plaintiffs, Oana D. Ladar and Florin O. Ladar (wife & husband) respectfully request that this Honorable Court grant judgment in their favor and against the defendants, individually, jointly and severally, in an amount in excess of Fifty Thousand Dollars ($50,000.00), together with compensatory damages, punitive damages, interest, costs of suit, attorney's fees, and such other relief as this Honorable Court deems just and proper.

-14-

*2019-04902-TT*

L00246140188052819

## COUNT IV - LOSS OF CONSORTIUM

### PLAINTIFF, FLORIN O. LADAR
### V. DEFENDANTS, NATIONWIDE MUTUAL INSURANCE COMPANY
### AND NATIONWIDE MUTUAL FIRE INSURANCE COMPANY AND
### NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY
### AND NATIONWIDE GENERAL INSURANCE COMPANY AND
### NATIONWIDE INSURANCE COMPANY OF AMERICA

58. The plaintiff, Florin O. Ladar, hereby incorporates by reference the averments

contained in paragraphs 1 through 57 above, as the same were set forth fully herein.

59. The Plaintiff, The plaintiff, Florin O. Ladar, is the husband of plaintiff, Oana D.

Ladar, and resides with her at the aforementioned address.

60. As a result of the negligence of the tortfeasor, Steven B. Irons, the plaintiff,

Florin O. Ladar, has been caused to suffer the loss of services, companionship, affection and

attention of his wife/plaintiff, Oana D. Ladar, and, accordingly brings this claim for loss of

consortium.

WHEREFORE, the plaintiff, Florin O. Ladar, respectfully requests that this Honorable

Court grant judgment in his favor and against the defendants, individually, jointly and severally,

in an amount in excess of Fifty Thousand Dollars ($50,000.00), together with compensatory

damages, punitive damages, interest, costs of suit, attorney's fees, and such other relief as this

Honorable Court deems just and proper.

MAMMUTH & ROSENBERG

BY: _____

MARC S. ROSENBERG, ESQUIRE
Attorney for Plaintiffs, Oana D. Ladar
and Florin O. Ladar (wife & husband)

DATED: 5/21/19

-15-

2019-04902-TT

## VERIFICATION

I, Oana D. Ladar, hereby state that I am the plaintiff in this action and verify that the statements made in the foregoing Complaint, are true and correct to the best of my knowledge, information and belief.

The undersigned understands that the statements therein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

_____
Oana D. Ladar

DATED: _05/10/19_

## V E R I F I C A T I O N

I, Florin O. Ladar, hereby state that I am the plaintiff in this action and verify that the statements made in the foregoing Complaint, are true and correct to the best of my knowledge, information and belief.

The undersigned understands that the statements therein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

_____
Florin O. Ladar

DATED: _05/10/19_

# PLAINTIFFS' EXHIBIT "A"

*2019-04902-TT*

## Certification

I, Brett Sutton, as a duly authorized Nationwide Insurance associate
entrusted with oversight of the system of record from which this copy was
produced, based upon information and belief, certify under the penalty of
perjury that this attached copy of policy **58 37 D 904802** was made at or
near the time of certification, as part of regularly conducted business
activities, and is a true and accurate copy of the official record kept as part
of regular business activities.

Brett Sutton                              Date:    October 4, 2016

Signature

Brett Sutton

Print Name

Processor, Imaging

Title

L00246140193052819

**Nationwide®**
is on your side

Frank A Imparato III
Downing Estate Historic B
165 Byers Rd
Chester Springs , PA 19425

Prepared on May 13, 2016          Page 1 of 2

## Your Policy Renewal

Your bill is sent separately.
Nationwide Auto Policy
Policy Period: Jun 7, 2016 - Dec 7, 2016
Policy Number: 5837D 904802

Sign up for convenient,
automatic bill payment
with Nationwide Easy Pay.
To learn more, ask your
agent or log in to
nationwide.com/easypay.

Fiorin O & Oana D
Ladar
909 Kings Arms Dr
Downingtown, PA
19335-4137

0064600205802

**What's enclosed**

✓ **Insurance Identification Cards** - Your ID
cards are enclosed in this packet.

✓ **Declarations** - These pages show **your
coverages** under this policy. Carefully
review these details and call **Frank A
Imparato III at 610.458.8008** if you have
questions or want to make changes.
  • **General Information**
  • **Coverage Details**
  • **Your Total Policy Premium**

✓ **Insurance Documents** - Please keep these
documents for future reference.



**How to Contact Us**
Your Nationwide Agent      Frank A Imparato III 610.458.8008
Customer Service           1.877.669.6877
Internet                   Nationwide.com
24-Hour Claims Reporting   1.800.421.3535
Hearing Impaired (TTY)     1.800.622.2421

*2019-04902-TT*

L00246140194052819



Prepared on May 13, 2016          Page 2 of 2

**Important Reminders from Nationwide**

**NOTES:**

**Mandated Coverage Notice:**
The laws of the Commonwealth of Pennsylvania, as enacted by the General Assembly, only require that you purchase Liability and First Party Medical Benefit coverages. Any additional coverage or coverages in excess of the limits required by law are provided only at your request as enhancements to basic coverages.

**Premiums For Basic Mandatory Coverage At The Limited Tort Option:**

Vehicle #1: 2011 Mitsubishi Lancer E                     Vehicle #2: 1998 Toyota 4runners

| Coverage | Limits | Premiums | Coverage | Limits | Premiums |
|---|---|---|---|---|---|
| Bodily Injury Liability | $ 15,000 $ 30,000 | $ 67.60 | Bodily Injury Liability | $ 15,000 $ 30,000 | $ 47.00 |
| Property Damage Liability | $ 5,000 | $ 92.70 | Property Damage Liability | $ 5,000 | $ 78.60 |
| Medical Benefits | $ 5,000 | $ 44.50 | Medical Benefits | $ 5,000 | $ 26.20 |

Vehicle #3: 2007 Acura Mdx

| Coverage | Limits | Premiums |
|---|---|---|
| Bodily Injury Liability | $ 15,000 $ 30,000 | $ 46.70 |
| Property Damage Liability | $ 5,000 | $ 83.20 |
| Medical Benefits | $ 5,000 | $ 27.30 |



**Fraud Warning Notice**
Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

Your premium for this renewal is $ 1,385.10. To maintain uninterrupted coverage, please pay your premium by the due date on the bill. This includes any change you may have made to your policy.

Thanks to five years of safe driving you're receiving the Accident Free discount.

Your credit report will only be ordered at the start of your policy with Nationwide unless you request an update. You may request a new credit-based insurance score once each year to be used to rate your policy. To request an updated insurance score, please contact us at 1-877-302-1833.

Great news! You have earned features that have been automatically added to this policy. We also want to tell you about a different Nationwide rating plan available in your state. This plan could possibly save you money and may or may not include the loyalty features that are included in this policy. Ask your agent for a free *On Your Side* Review.

Sign up for convenient, automatic bill payment with Nationwide Easy Pay. To learn more, ask your agent or log in to nationwide.com/easypay.

Manage your account, make a payment, check the status of a claim and receive your bill by email with online Account Access. Visit nationwide.com/manage – see how easy it can be.

If you had an accident, what would you drive while your car is being fixed? Nationwide offers coverage that reimburses you for rental car costs so you can stay on the road. For more information contact your agent.

Nationwide thanks you for your business. Our first priority is to serve you, our Customer.

Whether you have a claim, a question, a concern, or just need a convenient service, our *On Your Side* promise means we'll be there to serve your needs.

Thank you for choosing Nationwide. We value your business.

*2019-04902-TT*

L00246140195052819

Nationwide®
is on your side

Prepared on May 13, 2016          Page 1 of 6

# Your Policy Declarations

**Nationwide Auto Policy**
Policy Period:   Jun 7, 2016 - Dec 7, 2016
Policy Number: **5837D 904802**

**Policyholder (Named Insured):**
Florin O & Oana D
Ladar
909 Kings Arms Dr
Downingtown, PA
19335-4137

Keep these Declarations for your records.

## General Policy Information

**Issued: May 13, 2016**
These Declarations are a part of the policy named above and identified by the policy number above. They supersede any Declarations issued earlier. Your policy provides the coverages and limits shown in the schedule of coverages. They apply to each insured vehicle as indicated. Your policy complies with the motorists' financial responsibility laws of your state only for vehicles for which Property Damage and Bodily Injury Liability coverages are provided.

**Policy Period: June 7, 2016 - December 7, 2016** but only if the required premium for this period has been paid and only for six month renewal periods if renewal premiums have been paid as required. This policy is initially effective at (1) the time the application for insurance is completed, or (2) 12:01 a.m. on the first day of the policy period, whichever is later. Each renewal period begins and ends at 12:01 a.m. standard time at the address of the named insured stated herein. This policy expires at 12:01 a.m. at the address of the named insured stated herein.

Your carrier is Nationwide Mutual Insurance Company, NAIC #23787.

| IMPORTANT MESSAGES: |
|---|
| IF THIS DECLARATIONS PAGE SHOWS THAT COLLISION COVERAGE APPLIES TO YOUR AUTO, THERE IS ALSO COLLISION COVERAGE FOR DAMAGE TO A RENTED AUTO. COVERAGE IS SUBJECT TO CONDITIONS AND LIMITATIONS LISTED IN THE POLICY OR ATTACHED ENDORSEMENTS. |



## Premium Summary and Other Charges

| | | |
|---|---|---|
| 2011 Mitsubishi Lancer E | $ | 668.80 |
| 1998 Toyota 4runners | $ | 243.60 |
| 2007 Acura Mdx | $ | 462.70 |
| Total For Policy Coverages | $ | 10.00 |
| **Total Policy Premium** | **$** | **1,385.10** |

## How You Saved on this Policy with Nationwide

- Passive Restraint
- Anti Theft Device
- Affinity
- Safe Driver
- Multi Car
- Accident Free
- Home & Car

Thank you for being a long-term customer.

## Listed Driver(s)

| Name | Date of Birth | Marital Status |
|---|---|---|
| Florin O Ladar | 10/18/68 | Married |
| Oana D Ladar | 06/30/78 | Married |

V - 105

*2019-04902-TT*

Continued on the next page

0064600205B039

L00246140196052819



**Nationwide®**
Is on your side

For coverage definitions and descriptions,
visit Nationwide.com

Prepared on May 13, 2016          Page 2 of 6

## Your Policy Declarations

**Nationwide Auto Policy**
Policy Period:  Jun 7, 2016 – Dec 7, 2016
Policy Number:  **5837D 904802**

---

## Insured Vehicle(s) and Schedule of Coverages

### 2011 Mitsubishi Lancer E
VIN JA32U2FUXBU000598

| Coverages | Limits of Liability | | Premium |
|---|---|---|---|
| Comprehensive and $ 1,500 IN Customization Including Car Key Replacement Coverage | Actual Cash Value Less $ 500 | $ | 57.70 |
| Collision and $ 1,500 IN Customization Including Pet Injury Collision Coverage | Actual Cash Value Less $ 500 | $ | 296.90 |
| Property Damage Liability | $    50,000  Each Occurrence | $ | 105.70 |
| Bodily Injury Liability | $  100,000  Each Person | | |
| | $  300,000  Each Occurrence | $ | 107.30 |
| Uninsured Motorists-Bodily Injury | (Non-Stacked) $  100,000  Each Person | | |
| | $  300,000  Each Occurrence | $ | 9.80 |
| Underinsured Motorists-Bodily Injury | (Non-Stacked) $  100,000  Each Person | | |
| | $  300,000  Each Occurrence | $ | 36.20 |
| First Party Benefits Option 1-Medical Benefit | $    5,000 | $ | 44.50 |
| Option 2-Income Loss Benefit | $    5,000  Total $    1,000  Monthly | | |
| Option 3-Accidental Death Benefit | $  10,000 | $ | 8.50 |
| Limited Tort | | $ | 2.20 |

Vehicle Endorsements  3455A 3475

Lienholder-Wells Fargo Dealer S          Lien Expires On Feb 20, 2018

**Total for this Vehicle**  $      668.80



Continued on the next page

*2019-04902-TT*

L00246140197052819



Prepared on May 13, 2016    Page 3 of 6

## Your Policy Declarations

**Nationwide Auto Policy**
Policy Period: Jun 7, 2016 – Dec 7, 2016
Policy Number: 5837D 904802

---

### Insured Vehicle(s) and Schedule of Coverages (continued)

#### 1998 Toyota 4runners
VIN JT3HN86R4W0140316

| Coverages | Limits of Liability | | Premium |
|---|---|---|---|
| Property Damage Liability | $ 50,000 Each Occurrence | $ | 89.70 |
| Bodily Injury Liability | $ 100,000 Each Person | | |
| | $ 300,000 Each Occurrence | $ | 74.20 |
| Uninsured Motorists-Bodily Injury | (Non-Stacked) | | |
| | $ 100,000 Each Person | | |
| | $ 300,000 Each Occurrence | $ | 9.80 |
| Underinsured Motorists-Bodily Injury | (Non-Stacked) | | |
| | $ 100,000 Each Person | | |
| | $ 300,000 Each Occurrence | $ | 36.20 |
| First Party Benefits | | | |
|   Option 1-Medical Benefit | $ 5,000 | $ | 26.20 |
|   Option 2-Income Loss Benefit | $ 5,000 Total | | |
| | $ 1,000 Monthly | $ | 5.90 |
|   Option 3-Accidental Death Benefit | $ 10,000 | $ | 1.60 |
| Limited Tort | | | |
| | **Total for this Vehicle** | **$** | **243.60** |

#### 2007 Acura Mdx
VIN 2HNYD282X7H547172

| Coverages | Limits of Liability | | Premium |
|---|---|---|---|
| Comprehensive and $ 1,500 | Actual Cash Value Less $ 500 | $ | 59.70 |
|    IN Customization | | | |
|    Including Car Key | | | |
|     Replacement Coverage | | | |
| Collision and $ 1,500 | Actual Cash Value Less $ 500 | $ | 154.00 |
|    IN Customization | | | |
|    Including Pet Injury | | | |
|     Collision Coverage | | | |
| Property Damage Liability | $ 50,000 Each Occurrence | $ | 95.00 |
| Bodily Injury Liability | $ 100,000 Each Person | | |
| | $ 300,000 Each Occurrence | $ | 73.80 |
| Uninsured Motorists-Bodily Injury | (Non-Stacked) | | |
| | $ 100,000 Each Person | | |
| | $ 300,000 Each Occurrence | $ | 9.80 |

0064600205804 6

Continued on the next page

*2019-04902-TT*


**Nationwide®**
Is on your side

Prepared on May 13, 2016          Page 4 of 6

## Your Policy Declarations

**Nationwide Auto Policy**
Policy Period:  Jun 7, 2016 – Dec 7, 2016
Policy Number: **5837D 904802**

---

### Insured Vehicle(s) and Schedule of Coverages (continued)

**2007 Acura Mdx**
VIN 2HNYD282X7H547172

| Coverages | Limits of Liability | Premium |
|---|---|---|
| Underinsured Motorists-Bodily Injury | (Non-Stacked) | |
| | $ 100,000  Each Person | |
| | $ 300,000  Each Occurrence | $    36.20 |
| First Party Benefits | | |
| Option 1-Medical Benefit | $    5,000 | $    27.30 |
| Option 2-Income Loss Benefit | $    5,000  Total | |
| | $    1,000  Monthly | $      5.50 |
| Option 3-Accidental Death Benefit | $  10,000 | $      1.40 |
| Limited Tort | | |
| Vehicle Endorsements  3455A  3475 | | |
| | **Total for this Vehicle** | $  462.70 |

---

### Policy Level Schedule of Coverages

| Coverages | Limits of Liability | Premium |
|---|---|---|
| Roadside Assistance | Basic – Covers Disablement | $    10.00 |
| | Up To 15 Miles/$100 Lockout | |
| | Endorsement  3436 | |
| Accident Forgiveness Feature | | Incl |
| - Currently Eligible To Use | | |
| | **Total for Policy Coverages** | $    10.00 |

### Policy Form and Endorsements

| | |
|---|---|
| V-037B | Nationwide Auto Policy |
| V-3329 | Amendatory Endorsement |
| V-3272 | Limited Tort Option Election (Pennsylvania) |
| V-3457 | Amendatory Endorsement (Pennsylvania) |
| V-3453 | Amendatory Endorsement |
| V-3412 | Automobile Insurance Guarantee (Pennsylvania) |
| V-3535 | Amendatory Endorsement |
| V-3436 | Roadside Assistance Coverage |
| CA86813 | Amendatory Endorsement – Benefits |
| V-3591 | Amendatory Endorsement |
| V-3455A | Car Key Replacement Coverage |
| V-3475 | Pet Injury Collision Coverage |

Continued on the next page

*2019-04902-TT*

L00246140199052819



Prepared on May 13, 2016          Page 5 of 6

# Your Policy Declarations

**Nationwide Auto Policy**
Policy Period:  Jun 7, 2016 - Dec 7, 2016
Policy Number:  5837D 904802

For Office Use Only:  HP264310
11/12/15    $  0.00

Issued By:  Nationwide Mutual Insurance Company
Countersigned At:  Harrisburg, PA.
By:  Frank A    Imparato IIII

**How to Contact Us**
Your Nationwide Agent          Frank A Imparato III 610.458.8008
Customer Service               1.877.669.6877
Internet                       Nationwide.com
24-Hour Claims Reporting        1.800.421.3535
Hearing Impaired (TTY)          1.800.622.2421



*2019-04902-TT*

L00246140200052819

Prepared on  May 13  2016          Page 6 of 6



**Nationwide®**
is on your side

This page intentionally blank

L00246140201052819

# PLAINTIFFS' EXHIBIT "B"

*2019-04902-TT*

L00246140202052819

SP 7-0501TX-Driver Exchange
SP 7-0099TX-Non Reportable

## Commonwealth of Pennsylvania

## Non-Reportable Crash Record

| INCIDENT NUMBER PA 2016 371507 | PA STATE POLICE - EMBREEVILLE | (610) 486-6280 | |
|---|---|---|---|

| DATE OF CRASH 06/29/2016 | TIME OF CRASH 17:53 hrs. | DAY OF WEEK WEDNESDAY | COUNTY CHESTER | MUNICIPALITY CALN TWP |
|---|---|---|---|---|

| ROUTE # 0030 | SEGMENT # | STREET SR 30 ONRAMP | STREET ENDING BYPASS | |
|---|---|---|---|---|

| PATROL ZONE | INVESTIGATOR \ INVESTIGATOR SIGNATURE SHESKO, COLBY | | BADGE NUMBER 12064 |
|---|---|---|---|

| REVIEWER WINCHESTER, DWAYNE E | REVIEWER BADGE NUMBER 08729 | APPROVAL DATE 9/22/2016 |
|---|---|---|

| Latitude: | Degrees 40 | Minutes 00 | : | Seconds 44 | . | Decimal 294 | Longitude: - | Degrees 75 | Minutes 43 | : | Seconds 28 | . | Decimal 193 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Location:

ON EASTBOUND SR 30 ON RAMP AT ITS INTERSECTION WITH HORSESHOE PIKE

### Driver / Vehicle

| UNIT # 001 | DRIVER'S LAST NAME IRONS | FIRST NAME STEVEN | MI B | SUFFIX | DOB 10/04/1968 | GENDER MALE | PHONE NUMBER (610) 640-1014 |
|---|---|---|---|---|---|---|---|

| STREET ADDRESS 412 COUNTRY EDGE CIRCLE | CITY DOWNINGTOWN | STATE PA | ZIP CODE 19335 |
|---|---|---|---|

| LICENSE NUMBER 21803261 | LICENSE STATE PA | CLASS B | EXPIRATION DATE 10/05/2019 |
|---|---|---|---|

| INSURANCE COMPANY TRAVELERS | POLICY NUMBER 9821386641011 | POLICY EXPIRATION DATE 05/26/2016 | INSURANCE CO. PHONE # (717) 561-1626 |
|---|---|---|---|

| OWNER'S LAST NAME OR BUSINESS NAME IRONS | FIRST NAME STEVEN | MI B | SUFFIX |
|---|---|---|---|

| STREET ADDRESS 412 COUNTRY EDGE CIRCLE | CITY DOWNINGTOWN | STATE PA | ZIP CODE 19335 |
|---|---|---|---|

| VEHICLE YEAR 2014 | MAKE FORD | MODEL F150 | |
|---|---|---|---|

| VIN 1FTFX1EF1EKD56491 | LICENSE PLATE # ZBN1854 | STATE PA | VIOLATION (INCLUDING SECTION NUMBER): 0000 OTHER-SPECIFY IN NARRATIVE | DRIVER CHARGED? YES |
|---|---|---|---|---|

### Driver / Vehicle

| UNIT # 002 | DRIVER'S LAST NAME LADAR | FIRST NAME OANA | MI D | SUFFIX | DOB 06/30/1978 | GENDER MALE | PHONE NUMBER (215) 740-0251 |
|---|---|---|---|---|---|---|---|

| STREET ADDRESS 909 KINGS ARMS DR | CITY DOWNINGTOWN | STATE PA | ZIP CODE 19335 |
|---|---|---|---|

| LICENSE NUMBER 25636353 | LICENSE STATE PA | CLASS C | EXPIRATION DATE 07/01/2017 |
|---|---|---|---|

| INSURANCE COMPANY NATIONWIDE | POLICY NUMBER 5837D904802 | POLICY EXPIRATION DATE 12/07/2016 | INSURANCE CO. PHONE # (717) 652-2751 |
|---|---|---|---|

| OWNER'S LAST NAME OR BUSINESS NAME LADAR | FIRST NAME OANA | MI D | SUFFIX |
|---|---|---|---|

| STREET ADDRESS 909 KINGS ARMS DR | CITY DOWNINGTOWN | STATE PA | ZIP CODE 19335 |
|---|---|---|---|

| VEHICLE YEAR 2007 | MAKE ACURA | MODEL SDX | |
|---|---|---|---|

| VIN 2HNYD282X7H547172 | LICENSE PLATE # HMY5873 | STATE PA | VIOLATION (INCLUDING SECTION NUMBER): | DRIVER CHARGED? |
|---|---|---|---|---|

Crash Synopsis

On 062916 a 2 vehicle crash occurred on the eastbound 30 on ramp intersection with Sr 322 in Caln Twp Chester County. This crash occurred when Unit 1 failed to yield the right of way while turning left and was struck by unit 2. No injuries were reported.

L00246140203052819

# PLAINTIFFS' EXHIBIT "C"

*2019-04902-TT*

L00246140204052819

# *TRAVELERS*

FANTANAROSA INS AGENCY
P O BOX 72219
THORNDALE PA 19372
00161

April 28, 2016

**Policy Number**  982138564 101 1
**Policy Period**  05/26/2016 - 11/26/2016
12:01 AM STANDARD TIME AT THE RESIDENCE PREMISES

STEVEN &MICHELE IRONS
412 COUNTRY EDGE CIR
DOWNINGTOWN PA 193354228

# Thank you
# for your business!

## QUESTIONS? CONTACT US!

Thank you for trusting Travelers with your auto
insurance. We're always available to assist you with
questions, additional insurance needs, or claims.

The enclosed, personalized policy package was
created just for you.

Policy questions or changes. . . . . 1.610.384.2188
24 hour claim service . . . . . . . . 1.800.CLAIM33
                                       1.800.252.4633
Billing and Payment Information. . . 1.800.550.7716
Online service . . . . . . . . . . . mytravelers.com

- **Please review these materials for accuracy:**
  - Your insurance bill and return envelope
  - Your auto renewal policy
  - Your auto insurance identification card(s)
  - Other important notices
- **Identification Cards.** You may need these cards as proof of insurance so keep them in a safe place in your
  vehicle, such as your glove box.
- **Claim Cards.** Use the handy claim cards below if you're ever in an accident. Simply break the card in half and
  give the right side to the other driver.

Please see reverse side for important information relating to Pennsylvania law.
On behalf of FANTANAROSA INS AGENCY, we thank you for your continued business.
Sincerely,

*Michael Klein*

Michael Klein
President
Personal Insurance

PL-14511R PA  06-09

**TRAVELERS**
Call us immediately
to report your loss
**800.252.4633**
**(800.CLAIM33)**
We're here to help
24 hours a day, 365 days a year
Break in half.
(See other side.)
FOR YOU

**TRAVELERS**
Call us immediately
to report your loss
**800.252.4633**
**(800.CLAIM33)**
We're here to help
24 hours a day, 365 days a year
Break in half.
(See other side.)
FOR OTHER DRIVER

**TRAVELERS**
Call us immediately
to report your loss
**800.252.4633**
**(800.CLAIM33)**
We're here to help
24 hours a day, 365 days a year
Break in half.
(See other side.)
FOR YOU

**TRAVELERS**
Call us immediately
to report your loss
**800.252.4633**
**(800.CLAIM33)**
We're here to help
24 hours a day, 365 days a year
Break in half.
(See other side.)
FOR OTHER DRIVER

001485/00161  29165 029 02ETT

Please note the following:

AUTOMOBILE INSURANCE IDENTIFICATION CARD INFORMATION

- Your automobile insurance identification card indicates that your policy provides at least the minimum coverage required by Pennsylvania's Financial Responsibility law.

- One ID card is enclosed for each vehicle on your policy. Keep the card in the glove compartment of your car. This card must be shown when requested by any law enforcement official. The ID card information may also be used for vehicle registration and replacing license plates. If your liability policy is not in effect, the card is no longer valid.

- You are required to maintain financial responsibility on your vehicle. It is against Pennsylvania law to use the ID card fraudulently such as using the card as proof of financial responsibility after the insurance policy is terminated.

If you suspect FRAUD on any policy or claim, call the Travelers 24-hour hotline (800)-6-FRAUD-0.  Help us fight fraud.

- Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

Thank you for insuring with Travelers.

| **FOR OTHER DRIVER** | **FOR YOU** | **FOR OTHER DRIVER** | **FOR YOU** |
|---|---|---|---|
| This insurance card has been provided by a Travelers customer. Please call us at 800.252.4633 for claim service.<br><br>Claim professionals are available to take your notice of loss 24 hours a day, 365 days a year. | If you are in an auto accident:<br>1. Snap this card in two and provide the right side to the other driver.<br>2. Get the license plate number of the other driver's vehicle.<br>3. Call Travelers immediately at 800.252.4633. | This insurance card has been provided by a Travelers customer. Please call us at 800.252.4633 for claim service.<br><br>Claim professionals are available to take your notice of loss 24 hours a day, 365 days a year. | If you are in an auto accident:<br>1. Snap this card in two and provide the right side to the other driver.<br>2. Get the license plate number of the other driver's vehicle.<br>3. Call Travelers immediately at 800.252.4633. |
| 982138564 101 1<br>TRAVELERS CUSTOMER POLICY NUMBER | OTHER DRIVER'S LICENSE PLATE NUMBER<br><br>982138564 101 1<br>YOUR POLICY NUMBER | 982138564 101 1<br>TRAVELERS CUSTOMER POLICY NUMBER | OTHER DRIVER'S LICENSE PLATE NUMBER<br><br>982138564 101 1<br>YOUR POLICY NUMBER |

*2019-04902-TT*

001485/00161 F3116C55 6823 04/28/16

## PENNSYLVANIA FINANCIAL RESPONSIBILITY
## IDENTIFICATION CARD

NAIC
Code     Company:
27998    THE TRAVELERS HOME AND MARINE INSURANCE COMPANY
Agent    Policy Number                    Effective Date
0A0779   982138564 101 1                  05/26/16
Not valid more than 6 months from effective date

Year     Make/Model                       Vehicle Identification Number
13       NISSA / MURANO .S/S              JN8AZ1MW5DW306701

Agent
FANTANAROSA INS AGENCY
P O BOX 72219
THORNDALE PA 19372

Insured
STEVEN &MICHELE IRONS
412 COUNTRY EDGE CIR
DOWNINGTOWN PA 193354228

Rev. 12-13   See Important Notice On Reverse Side   TRAVELERS J

## PENNSYLVANIA FINANCIAL RESPONSIBILITY
## IDENTIFICATION CARD

NAIC
Code     Company:
27998    THE TRAVELERS HOME AND MARINE INSURANCE COMPANY
Agent    Policy Number                    Effective Date
0A0779   982138564 101 1                  05/26/16
Not valid more than 6 months from effective date

Year     Make/Model                       Vehicle Identification Number
14       FORD / F-150 SUPE                1FTFX1EF1EKD56493

Agent
FANTANAROSA INS AGENCY
P O BOX 72219
THORNDALE PA 19372

Insured
STEVEN &MICHELE IRONS
412 COUNTRY EDGE CIR
DOWNINGTOWN PA 193354228

Rev. 12-13   See Important Notice On Reverse Side   TRAVELERS J

L00246140206052819

2019-04902-IT

IN CASE OF AN ACCIDENT Contact the police or call 911 if necessary. Call Travelers immediately to report the accident or claim toll free at 1-800-252-4633.

For each driver, passenger or witness involved, get their name and contact information, as well as vehicle license plate number and state.

FOR POLICY SERVICE CALL  610-354-2188

IMPORTANT NOTICE Regarding your Financial Responsibility Insurance Identification Card: Travelers is required by PA law to send you an ID card. The ID card shows that an insurance policy has been issued for the vehicle described satisfying the financial responsibility requirements of the law. If you lose the card, contact Travelers or your insurance representative for a replacement. The ID card information may be used for vehicle registration and replacing license plates. If your liability insurance policy is not in effect, the ID card is no longer valid. You are required to maintain financial responsibility on your vehicle. It is against PA law to use the ID card fraudulently such as using the card as proof of financial responsibility after the insurance policy is terminated.

This card must be carried for production upon demand. It is suggested that you carry this card in the insured vehicle.

WARNING: Any owner or registrant of a motor vehicle who drives or permits a motor vehicle to be driven in this State without the required financial responsibility may have his registration suspended or revoked.

NOTE: THIS CARD IS REQUIRED WHEN: (1) You are involved in an auto accident. (2) You are convicted of a traffic offense, other than a parking offense, that requires a court appearance. (3) You are stopped for violating any provision of 75 Pa.C.S. (relating to the Vehicle Code) and requested to produce it by a police officer.

You must provide a copy of this card to the Dept. of Transportation when you request restoration of your operating privilege and/or registration privilege which has been previously suspended or revoked.

TO GET ROADSIDE ASSISTANCE CALL TOLL FREE 1-800-252-4633.

IN CASE OF AN ACCIDENT Contact the police or call 911 if necessary. Call Travelers immediately to report the accident or claim toll free at 1-800-252-4633.

For each driver, passenger or witness involved, get their name and contact information, as well as vehicle license plate number and state.

FOR POLICY SERVICE CALL  610-354-2188

IMPORTANT NOTICE Regarding your Financial Responsibility Insurance Identification Card: Travelers is required by PA law to send you an ID card. The ID card shows that an insurance policy has been issued for the vehicle described satisfying the financial responsibility requirements of the law. If you lose the card, contact Travelers or your insurance representative for a replacement. The ID card information may be used for vehicle registration and replacing license plates. If your liability insurance policy is not in effect, the ID card is no longer valid. You are required to maintain financial responsibility on your vehicle. It is against PA law to use the ID card fraudulently such as using the card as proof of financial responsibility after the insurance policy is terminated.

This card must be carried for production upon demand. It is suggested that you carry this card in the insured vehicle.

WARNING: Any owner or registrant of a motor vehicle who drives or permits a motor vehicle to be driven in this State without the required financial responsibility may have his registration suspended or revoked.

NOTE: THIS CARD IS REQUIRED WHEN: (1) You are involved in an auto accident. (2) You are convicted of a traffic offense, other than a parking offense, that requires a court appearance. (3) You are stopped for violating any provision of 75 Pa.C.S. (relating to the Vehicle Code) and requested to produce it by a police officer.

You must provide a copy of this card to the Dept. of Transportation when you request restoration of your operating privilege and/or registration privilege which has been previously suspended or revoked.

TO GET ROADSIDE ASSISTANCE CALL TOLL FREE 1-800-252-4633.

L00246140207052819

2019-04902-ET



## Auto Insurance Policy Continuation Declarations

STEVEN &MICHELE IRONS
412 COUNTRY EDGE CIR
DOWNINGTOWN PA 193354228

Your Agency's Name and Address
FANTANAROSA INS AGENCY
P O BOX 72219
THORNDALE PA 19372

| | | | |
|---|---|---|---|
| Your Policy Number | 982138564 101 1 | For Policy Service Call | 610.384.2188 |
| Your Account Number | 982138564 | For Claim Service Call | 1.800.CLAIM33 |

**Your Total Premium for the Policy Period is $1,085.00.**
**The policy period is from May 26, 2016 to November 26, 2016.**

Your Vehicles / Identification Numbers

| | Identification Numbers |
|---|---|
| 1. 2013 NISSA MURANO S/S | JN8AZ1MW5DW306701 |
| 2. 2014 FORD F-150 SUPE | 1FTFX1EF1EKD56493 |

Insurance is provided only where a premium is shown for the coverage.

*IF COLLISION COVERAGE IS PROVIDED UNDER THIS POLICY, COVERAGE EXTENDS TO VEHICLES
WHICH YOU RENT FOR 30 DAYS UNDER A RENTAL CAR COVERAGE AGREEMENT. PLEASE REMEMBER
THAT COLLISION COVERAGE DOES NOT PAY FOR LOSS OF USE. PLEASE CONTACT YOUR TRAVELERS
AGENT OR REPRESENTATIVE IF YOU HAVE QUESTIONS. IF YOU DO NOT CARRY COLLISION
INSURANCE, THIS POLICY DOES NOT PAY FOR DAMAGE TO RENTAL VEHICLES. *

| | | VEHICLE 1 | VEHICLE 2 |
|---|---|---|---|
| | | 13 NISSA MURANO S/S | 14 FORD F-150 SUPE |
| A. | Bodily Injury | | |
| | $100,000 each person............ $ | 76 | $ 73 |
| | $300,000 each accident | | |
| B. | Property Damage | | |
| | $100,000 each accident.......... $ | 85 | $ 86 |

Continued on next page

L00246140209052819

 **TRAVELERS**

_(continued)_

|  | | 13 NISSAN<br>MURANO S/S | 14 FORD<br>F-150 SUPE |
|---|---|---|---|
| D6. | Uninsured Motorists<br>(Bodily Injury) Stacked<br>$100,000 each person............ $<br>$300,000 each accident<br>See Endorsement A37045 | 12 | $ 12 |
| D8. | Underinsured Motorists<br>(Bodily Injury) Stacked<br>$100,000 each person............ $<br>$300,000 each accident<br>See Endorsement A37045 | 62 | $ 62 |
| E. | Collision<br>Actual Cash Value less.......... $<br>$500 deductible | 166 | $ 150 |
| F. | Comprehensive<br>(Other than Collision)<br>Actual Cash Value less.......... $<br>$100 deductible | 103 | $ 126 |
| G. | Extended Transportation Expense<br>$50 per day/$1,500 maximum....... $ | 16 | $ 16 |
| QA. | First Party Benefits Coverage<br>Limited Tort Option............. $<br>See Endorsement A37021 | 16 | $ 12 |
|  | Roadside Assistance Coverage<br>15 miles $<br>See Endorsement A00450 | 6 | $ 6 |

Subtotals for your vehicles............ $    542     $    543

Premium for this policy                                    $ 1,085

Continued on next page

L00246140210052819



Named Insured   STEVEN &MICHELE IRONS
Policy Number   982138564 101 1
Policy Period   May 26, 2016 to November 26, 2016.
Issued On Date   April 28, 2016

**Discounts and Advantages**

Paid in Full Discount

Accident Forgiveness

Travelers Homeowners Customer

Travelers Homesaver Customer

Multiple Cars on Policy

New Car Discount                        14 FORD
                                        F-150 SUPE

Anti-Theft Discount                     14 FORD      13 NISSA
                                        F-150 SUPE   MURANO S/S

Passive Restraint Discount              14 FORD      13 NISSA
                                        F-150 SUPE   MURANO S/S

| Drivers | DATE OF BIRTH | SEX | MARITAL STATUS |
|---|---|---|---|
| 1.  STEVEN | 10-04-68 | Male | Married |
| 2.  MICHELE | 12-03-71 | Female | Married |

| Vehicles | USE OF VEHICLE | LOCATION OF VEHICLE |
|---|---|---|
| 1.  13 NISSA MURANO S/S | Commute | DOWNINGTOWN PA |
| 2.  14 FORD F-150 SUPE | Pleasure | DOWNINGTOWN PA |

Good news! We applied Accident Forgiveness to this policy renewal, which gets you a
better price. Accident Forgiveness helps keep your rates from going up just because
of an accident. To qualify* for Accident Forgiveness again, your policy must be free
of accidents and major violations for 5 years.
*Eligibility and qualification may vary by state.

Continued on next page

659/0A0779                                          PL-7782 Rev. 08-07  Page 3 of 5

L00246140211052819



It is important that the above information is correct to ensure that your policy is properly rated.  If there are errors or changes to this information, please notify your Travelers representative immediately.

Loss Payees

13 NISSA MURANO S/S          NISSAN INFINITY LT
VIN # JN8AZ1MW5DW306701       915 L ST PMB/C 436
                             SACRAMENTO,CA 95814

14 FORD F-150 SUPE           TRUMARK FCU
VIN # 1FTFX1EF1EKD56493       PO BOX 25202
                             FORT WORTH,TX 76124

Additional Insured
Additional Insured - See Endorsement A00011

13 NISSA MURANO S/S          NISSAN INFINITY LT
VIN # JN8AZ1MW5DW306701       915 L ST PMB/C 436
                             SACRAMENTO CA 95814

Your Insurer
The Travelers Home and Marine Insurance Company
One Tower Square, Hartford, CT 06183

Policy Endorsements

A37014 Amendment of Policy Provisions - Pennsylvania
A37021 First Party Benefits Coverage - Pennsylvania
A37045 Uninsured/Underinsured Motorists Endorsement - Pennsylvania
A00011 Additional Insured
A00450 Roadside Assistance Coverage

Policy Edition   8        Policy Form   101        Issued on    04/28/16

Thank you for insuring with Travelers. We appreciate your business. If you have any questions about your insurance, please contact your Travelers representative.

Continued on next page



**TRAVELERS**

Named Insured      STEVEN &MICHELE IRONS
Policy Number      982138564 101 1
Policy Period      May 26, 2016 to November 26, 2016.
Issued On Date     April 28, 2016

For information about how Travelers compensates independent agents and
brokers, please visit www.Travelers.com or call our toll free telephone
number 1-866-904-8348. You may also request a written copy from Marketing
at One Tower Square, 2GSA, Hartford, Connecticut 06183.

You may be eligible for a policy in a newer product from another of our Travelers
companies. How we determine the price for a policy is done differently for the
newer product. For example, we may use new criteria or use the existing criteria,
such as car and driver information, in a different manner. A new product policy
might cost you less or more than what you now pay. The newer product and your
current products may also have different policy language, features or coverage
options. On the newer product, we may pay agents different compensation than on
your current policy; for information visit www.travelers.com/about-us/spotlight/
docs/pi_auto_disclosure.pdf. You may continue with your current policy, or you
may request a policy in the new program. Contact your agent or Travelers
representative to discuss whether a different Travelers auto insurance policy is
right for you.

It is important that the information we used to rate your policy is correct. It is
your responsibility to make sure that the information on these Declarations is accurate
and complete, including checking that you are receiving all the discounts for which you
are eligible. To see a full list of discounts offered, including discounts for having
multiple policies with us or being a good driver, go to www.travelers.com/discounts. Once
at the website, type in your policy number 9821386641011 and product code AQ1 to view the
discounts available. If any of the information on the Declarations has changed, appears
incorrect, or is missing, please advise your Travelers agent or representative
immediately. Your Travelers agent or representative is also available to review the
information on the Declarations with you.

**YOU MAY PURCHASE UNINSURED AND/OR UNDERINSURED MOTORISTS COVERAGE
AT ANY AVAILABLE LIMITS FROM $15,000/$30,000 UP TO YOUR BODILY
INJURY LIABILITY LIMITS. YOU MAY REJECT THESE COVERAGES ENTIRELY.**

L00246140213052819

**IMPORTANT NOTICE**

Pennsylvania Surcharge Disclosure Statement
Notice of Tort Options
Notice of Premium Discounts

**Pennsylvania Surcharge Disclosure Statement:**

In accordance with Pennsylvania law we are providing you with the circumstances and conditions under which a surcharge would apply, the estimated increase for the surcharge per policy period per policyholder, and the number of years a surcharge would be in effect, if applicable.

Driver points, during the experience period, are accumulated for each operator in the household. The experience period is the three years immediately preceding the effective date of application, or the preparation of the continuation or renewal.

Driver points are used in conjunction with other driver variables to determine the highest ranked drivers. The highest ranked drivers equal to the number of eligible vehicles are then used to determine the average driver factor for the policy. For a Named Non-Owner policy or a Miscellaneous Vehicle only policy, we use the highest ranked driver only.

The average driver factor is applied to the following coverages: Bodily Injury, Property Damage, Single Limit Liability, First Party Benefits, Increased First Party Benefits, Extraordinary Medical Benefit, Medical Payments, Comprehensive and Collision.

Driver points for all drivers on the policy, other than drivers insured elsewhere, are also totaled and used with another rating variable. This factor is used in the rating of Bodily Injury, Property Damage, Single Limit Liability, First Party Benefits, Increased First Party Benefits, Extraordinary Medical Benefit, Medical Payments, Comprehensive, Collision, Uninsured Motorists Coverage and Underinsured Motorists Coverage.

In addition, once a policy has earned Safe Driver Advantage, driver points for all drivers on the policy, other than drivers insured elsewhere, are used to determine if the policy remains eligible for the discount at each renewal/continuation. Loss of the discount at renewal can increase the policy premium between 0 and 11%.

**Points are accumulated for Convictions and At Fault accidents as follows:**

**Convictions:**

Points are accumulated for convictions occurring during the experience period for motor vehicle violations of the applicant or any other resident operator. Violations are categorized as outlined below:

A) **Major Convictions for which points are assigned for each conviction:**

1) Driving under the influence: driving while intoxicated or under the influence of drugs

2) Refusal to take a sobriety test

3) Attempting to elude officer: eluding or attempting to elude a police officer

4) Failure to stop and report an accident when involved in an accident

5) Gross negligence/manslaughter: homicide or assault arising out of the operation of a motor vehicle

6) The accumulation of points under a State Point System or a series of convictions requiring the filing of evidence of Financial Responsibility under any Financial Responsibility Law as of the effective date of the policy

7) Illegal use of license/driving while suspended: driving while license is suspended or revoked; using stolen license

8) Operating a motor vehicle without the owner's permission

9) Loaning a license to unlicensed person

001490/00161 GCS9 6292047877

L00246140214052819

10) Failure to stop for a school bus: failure to stop or yield for a school bus as required

11) Reckless driving:  driving a motor vehicle in a reckless manner

12) Racing:  engaging in a speed contest

13) Suspension/Revocation: suspension or revocation of a license as a result of a conviction unless the suspension is the result of a single 1535 violation.

14) Single incident requiring a Financial Responsibility filing

We assess a surcharge of approximately 59% for each major conviction.

B) **Conviction resulting from any other moving traffic violation not assigned a point value elsewhere in this rule, and such conviction is the second or subsequent conviction by any one insured recorded under the policy that has not been assigned a point value above. These include:**

1) **Lesser speeding convictions**

   1-5 miles per hour over the posted speed limit

   6-10 miles per hour over the posted speed limit

   11-15 miles per hour over the posted speed limit

   16-20 more miles per hour over the posted speed limit

   We assess a surcharge of approximately 22% for each lesser speeding conviction.

2) **Minor convictions**

   Illegal turning

   Stop Sign/Red Light: Running through a red light or stop sign.

   Passing violations

   Other Miscellaneous Minor violations

   We assess a surcharge of approximately 31% for each minor conviction.

3) **Major convictions**

   Careless Driving

   Speeding 21 or more miles over the posted speed limit.

   We assess a surcharge of approximately 59% for each of these major convictions.

C) **At Fault Accidents**

   Points shall be assigned for each accident that occurred during the experience period, involving the applicant or any current resident operator, while operating an auto.

   1) Points are assigned for each auto accident that results in a paid claim for:

      a) $1,050 or more damage to property, bodily injury or death if such accident occurred on or after July 1, 2002, but prior to July 1, 2005, or

      b) $1,150 or more damage to property, bodily injury or death if such accident occurred on or after July 1, 2005, but prior to July 1, 2008, or 2,000 or more damage to property, bodily injury or death if such accident occurred on or after July 1, 2008.

   2) Points are assigned if, during the experience period there were two or more accidents that result in paid claims and the accidents have not been assigned a point under 1) above and the accidents in total resulted in damage to property, bodily injury, or death of:

      1) $1,050 or more, if at least one accident occurred on or after July 1, 2002, but none occurred on or after July 1, 2005 or

*2019-04902-TT*

2)  $1,150 or more, if at least one accident occurred on or after July 1, 2005, but none occurred on or after July 1, 2008 or

3)  $2,000 or more, if at least one accident occurred on or after July 1, 2008.

We assess a surcharge of approximately 39% for each at fault accident above the threshold and for a combination of minor at fault accidents once they in total pierce the threshold.

**EXCEPTIONS:**

1.  No points are assigned for accidents incurred by an operator demonstrated to be a named insured or a principal operator of an auto under a separate policy; and

2.  No points are assigned for accidents occurring under the following circumstances.

    a)  auto lawfully parked (if the parked vehicle rolls from the parked position then any such accident is charged to the person who parked the auto); or

    b)  the applicant, owner or other resident operator is reimbursed by, or on behalf of a person who is responsible for the accident or has judgment against such person equal to at least 60% of the total amount of the paid claim; or

    c)  auto is struck in the rear by another vehicle and the applicant or other resident operator has not been convicted of a moving traffic violation in connection with this accident; or

    d)  operator of the other auto involved in the accident was convicted of a moving traffic violation and the applicant or resident operator was not convicted of a moving traffic violation in connection with the accident; or

    e)  auto operated by the applicant or any resident operator is struck by a "hit-and-run" vehicle, if the accident is reported to the proper authorities within 24 hours by the applicant or resident operator; or

    f)  accidents involving damage by contact with animals or fowl; or

    g)  accidents involving physical damage, limited to and caused by flying gravel, missiles, or falling objects; or

    h)  accidents occurring when using auto in response to an emergency if the operator of the auto at the time of the accident was a paid or volunteer member of any police or fire department, first aid squad, or any law enforcement agency. This exception does not include any accident occurring after the auto ceases to be used in response to such emergency; or

    i)  accidents resulting in an amount being paid on behalf of an insured under a First Party Medical Claim only incurred on or after July 1, 1990; or

    j)  accidents, incurred on or after July 1, 1990, resulting in an amount being paid on behalf of an insured only under Basic, Added or Combination First Party Benefits coverage, or under Extraordinary Medical Benefits coverage.

D.  **At Fault Accident With BI:** an accident meets the criteria in C.1) above and there was bodily injury damages paid as a result of the accident.

E.  **At Fault Accident Without BI:** an accident meets the criteria in C.1) above but there was no bodily injury damages paid in the accident.

F.  If two or more accidents meet the criteria in C. 2) above, we will count the accidents starting with the oldest accident in the experience period. Once the dollars paid or reserved for two or more accidents equal or exceed the threshold, we will use the characteristics of the most recent accident in the group to determine if the accident is an At Fault Accident With BI or an At Fault Accident Without BI and apply the points to the point accumulation for the driver involved in that accident. We will then repeat the process for any remaining accidents under the threshold.

001491/00161   Printed 06/28/10

G. **Months Since Most Recent Incident:** for each driver the number of months prior to the effective date of the new business policy or continuation that the last at fault accident occurred and the last conviction occurred.

H. **Refund of Surcharged Premium**

If point(s) have been assigned in accordance with one of the following situations, the Company shall refund the insured the increased portion of the premium generated by the point(s). All such refunds shall be the portion of the premium due to the surcharge for all policy periods since the inception of the surcharge.

1) If points are assigned as a result of an accident and it is subsequently learned that the accident falls under one of the exceptions enumerated in this rule.

2) If points are assigned as the result of a conviction and the conviction is ultimately reversed.

3) If points are assigned through mistake, carelessness, misinformation or other error.

---

### Notice of Tort Options

The laws of the Commonwealth of Pennsylvania give you the right to choose either of the following two tort options:

1) "Limited Tort" Option - This form of insurance limits your right and the rights of members of your household to seek financial compensation for injuries caused by other drivers. Under this form of insurance, you and other household members covered under this policy may seek recovery for all medical and other out-of-pocket expenses, but not for pain and suffering or other nonmonetary damages unless the injuries suffered fall within the definition of "serious injury", as set forth in the policy or unless one of several other exceptions noted in the policy applies.

2) "Full Tort" Option - This form of insurance allows you to maintain an unrestricted right for yourself and other members of your household to seek financial compensation for injuries caused by other drivers. Under this form of insurance, you and other household members covered under this policy may seek recovery for all medical and other out of pocket expenses and may also seek financial compensation for pain and suffering or other nonmonetary damages as a result of injuries caused by other drivers.

If you wish to change the tort option that currently applies to your policy, you must notify your agent, broker or company and request and complete the appropriate form.

### Notice of Premium Discounts

If your vehicle is equipped with passive seatbelts or airbags, you are entitled to a discount of the First Party Benefits Coverage portion of your policy. Passive seatbelts are those which automatically fasten without any action by the driver or front seat passenger.

If your vehicle is equipped with a passive anti-theft device you are entitled to a discount on your comprehensive coverage. Passive anti-theft devices are systems installed which are activated automatically when the driver turns the ignition key to the off position. This does not include an ignition interlock provided as a standard feature by the manufacturer.

If all named insureds age 55 or older have successfully completed a driver improvement course approved by Penn-DOT, you may be eligible for a premium credit.

If you have property coverage insured with us, you may be eligible to receive a premium discount.

Please contact your agent or insurance representative for information on these premium discounts.

L00246140217052819

## IMPORTANT NOTICE ABOUT BILLING OPTIONS AND DISCLOSURES

This notice contains important information about our billing options and fees for policy number 982138564 101 1.

You have chosen to pay your insurance premium in full and will be billed by mail / email. Other charges that may apply include a $10.00 late charge and a $20.00 fee for payments returned by your bank.

If your billing needs change, you may pay your premium by:

| Bill Plan | Monthly | Lump Sum |
|---|---|---|
| Electronic Funds Transfer (EFT) | $ 1.00 | No Charge |
| Recurring Credit Card (RCC) | $ 1.00 | No Charge |
| Bill by Mail / Email | $ 5.00 | No Charge |

    Late Charge: $10.00 per occurrence
    Payments returned by your bank: $20.00 per occurrence

In the event two payments are returned during a 12 month period you will be required to pay with guaranteed funds for 182 days from the date of the last returned payment. Guaranteed funds are credit card, bank check, money order or home banking payments. Other forms of payment will be returned. You will not be eligible to use our Electronic Funds Transfer (EFT) or Recurring Credit Card (RCC) payment plans.

Visit www.amp.travelers.com if you would like to enroll in our Electronic Funds Transfer (EFT) or Recurring Credit Card (RCC) payment plan.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

If you have multiple policies with us you may be able to combine those policies into a single billing account. If you have selected one of our monthly billing options, and you combine your policies into a single billing account, you will be charged just one service charge per installment, and not per individual account.

To add this policy to an existing billing account or if you have other questions about this notice, please call your insurance representative at 610-384-2188.

PL-14216 12-11

001492/00161 7017C855 06/28/2016 RPT

L00246140218052819

# PLAINTIFFS' EXHIBIT "D"

2019-04902-TT

L00246140219052819

 Nationwide

Mammuth & Rosenburg
Page 1 of 1

| | |
|---|---|
| Date prepared | June 15, 2018 |
| Notice of loss date | June 30, 2016 |
| Claim number | 332188-GD |
| Policy number | 5837D 904802 |
| Questions? | Contact Claims Associate |
| | Kimberly Hardy |
| | HARDYK2@nationwide.com |
| | Phone 267-416-3612 |
| | Fax 866-480-3367 |

Mammuth & Rosenburg
401 East City Avenue
Suite 122
Bala Cynwyd, PA  19004
Attn: Edward Carr

## Claim details

| | |
|---|---|
| Insurer: | Nationwide Mutual Insurance Company |
| Policyholder: | FLORIN O & OANA D LADAR |
| Claimant: | Oana Ladar |
| Claim number: | 332188-GD |
| Loss date: | June 29, 2016 |

Dear Mr. Carr,

This letter confirms that Nationwide is waiving its right to subrogation and is granting you consent to settle the insured third party injury claim with Travelers Insurance.

Our records indicate Travelers insures the tort feasor Steven Irons.

## For more information

If you have any questions or concerns, please contact me at 267-416-3612 or HARDYK2@nationwide.com.

Sincerely,

Kimberly Hardy
Nationwide Mutual Insurance Company
PO Box 182068
Columbus, OH 43218-2068

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such a person to criminal and civil penalties.

*2019-04902-TT*





7018 0360 0001 9555 3272



**Mammuth & Rosenberg**
ATTORNEYS AT LAW
401 EAST CITY AVENUE
SUITE 122
BALA CYNWYD, PA 19004-1122

Nationwide General Insurance Company
One Nationwide Plaza
Columbus, OH 43215



L00246140220052819